STATE OF HAWAII, Plaintiff-Appellee, *v.* ROMULO EDULAN AFAGA, Defendant-Appellant

NO. 5667

FEBRUARY 25, 1975

RICHARDSON, C.J., KOBAYASHI AND MENOR, JJ.,
AND CIRCUIT JUDGE KATO IN PLACE OF OGATA, J.,
DISQUALIFIED, AND CIRCUIT JUDGE FONG
ASSIGNED BY REASON OF VACANCY

*Per Curiam.* We believe, upon consideration of the record in this case, that it is necessary for the promotion of justice[1] to vacate the judgment and sentence of record.

We, therefore, vacate and set aside the judgment and sentence and remand this case to the trial court for the following limited purposes:

1. That the trial court enter anew a judgment and sentence;

2. That the trial court may, if it deems appropriate, recommend to the United States Attorney General that the appellant not be deported, in accordance with the provisions of 8 U.S.C. § 1251(b) (2).

*Winston Mirikitani (Mirikitani, Thurston & Tongg* of counsel) for defendant-appellant.

*Michael W. Gibson,* Deputy Prosecuting Attorney *(Barry Chung,* Prosecuting Attorney, of counsel) for plaintiff-appellee.

---

[1] HRS § 602-5(7) (Supp. 1974).